UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUONK TAN HANA<br>(A-Number: 027-292-194),<br><br>     Petitioner,<br><br>  v.<br><br>WARDEN OF CALIFORNIA CITY<br>DETENTION FACILITY,<br><br>     Respondent. | No.  1:26-cv-2391-KES-EGC (HC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS, GRANTING<br>PETITION FOR WRIT OF HABEAS<br>CORPUS, AND REQUIRING IMMEDIATE<br>RELEASE<br><br>Doc. 1 |

Petitioner Duonk Tan Hana is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release.  Doc. 16.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten days of service.  The deadline to file objections has passed and no objections have been filed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

    1.  The findings and recommendations, Doc. 16, are ADOPTED in full.

    2.  The petition for writ of habeas corpus, Doc. 1, is GRANTED.

1

3. Respondents are ORDERED to release petitioner Duonk Tan Hana. (A-Number: 027-292-194) immediately.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless there are material changed circumstances and a neutral decisionmaker determines there is a significant likelihood of petitioner's removal in the reasonably foreseeable future, or respondents demonstrate by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

4. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

5. The Clerk of Court is directed to close this case and enter judgment for petitioner.

6. The Clerk is directed to terminate any remaining motions as moot.

7. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:    August 3, 2026

_____
UNITED STATES DISTRICT JUDGE

2